IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

LORRIE MARLING,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No.4-cv-146-jdp

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Lorrie Marling reversing and remanding the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings.

    s/V. Olmo, Deputy Clerk                                             3/31/2015

        Peter Oppeneer, Clerk of Court                                    Date